United States Court of Appeals

For the Eighth Circuit

_____

No. 16-2616
_____

United States of America

*Plaintiff - Appellee*

v.

Jeremy Michael Traxler, also known as Geremy Traxler, also known as Ryan Lewis

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Western District of Missouri - Jefferson City
_____

Submitted: January 31, 2017
Filed: February 13, 2017
[Unpublished]
_____

Before LOKEN, BOWMAN, and KELLY, Circuit Judges.
_____

PER CURIAM.

Jeremy Traxler appeals after he pleaded guilty to possession with intent to distribute methamphetamine and the District Court[1] sentenced him to 188 months in

_____

[1]The Honorable Brian C. Wimes, United States District Judge for the Western District of Missouri.

prison, the low end of the calculated United States Sentencing Guidelines range. His counsel has moved to withdraw and has filed a brief under Anders v. California, 386 U.S. 738 (1967), questioning the substantive reasonableness of Traxler's sentence.

After careful review, we conclude that the District Court did not impose a substantively unreasonable sentence. See Gall v. United States, 552 U.S. 38, 51 (2007) (explaining that the substantive reasonableness of a sentence should be reviewed for an abuse of discretion and noting that "[i]f the sentence is within the Guidelines range, the appellate court may . . . apply a presumption of reasonableness"). We have independently reviewed the record under Penson v. Ohio, 488 U.S. 75 (1988), and we find no nonfrivolous issues for appeal.

We affirm the District Court and grant counsel's motion to withdraw.

_____